Generated: Mar 27, 2024 3:26PM                                                                                              Page 1/1

# CV24-00595-PHX-DWL

# U.S. District Court

## Arizona - Phoenix

JASON CREWS                                                                                     Receipt Date: Mar 27, 2024 3:26PM

| Rcpt. No: 200011338 | | Trans. Date: Mar 27, 2024 3:26PM | | | Cashier ID: #LB |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #1023 | 03/24/2024 | | $405.00 |
| | | | Total Due Prior to Payment: | | $405.00 |
| | | | Total Tendered: | | $405.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Comments:** CASE #224CV595

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

```
X  FILED          ___ LODGED
___ RECEIVED      ___ COPY

        MAR 2 7 2024

    CLERK U S DISTRICT COURT
        DISTRICT OF ARIZONA
BY_____ DEPUTY
```