IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>        Plaintiff,<br><br>v.<br><br>GoVine Insurance LLC, et al.,<br><br>        Defendants. | No. CV-24-00595-PHX-DWL<br><br>**ORDER** |

"It is within the inherent power of the court to sua sponte dismiss a case for lack of prosecution." *Ash v. Cvetkov*, 739 F.2d 493, 496 (9th Cir. 1984). "When considering whether to dismiss a case for lack of prosecution, the district court must weigh the court's need to manage its docket, the public interest in expeditious resolution of litigation, and the risk of prejudice to the defendants against the policy favoring disposition of cases on their merits, and the availability of less drastic sanctions." *Id.* "Only 'unreasonable' delay will support a dismissal for lack of prosecution." *Id.* The Ninth Circuit has affirmed dismissal *without prejudice* for a delay as short as four weeks, noting that "[a] relatively brief period of delay is sufficient to justify the district court's sending a litigant to the back of the line." *Id.* at 497.

…

…

…

…

Accordingly,

**IT IS ORDERED** that Plaintiff shall, by August 2, 2024, file either (1) a notice of voluntary dismissal of this action or (2) a memorandum, not to exceed five pages, showing cause why this action should not be dismissed for failure to prosecute.

Dated this 19th day of July, 2024.

Dominic W. Lanza
United States District Judge

- 2 -