1
2  Anthony Paronich
3  Email: anthony@paronichlaw.com
   PARONICH LAW, P.C.
4  350 Lincoln Street, Suite 2400
5  Hingham, MA 02043
   Telephone: (508) 221-1510
6
7  *Attorney for Plaintiff, others listed below.*
8
9  **IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA**
10  _____

| | |
|---|---|
| Jason Crews, individually and on behalf of a class of all persons and entities similarly situated, | Case No. 24-cv-00595-DWL |
| Plaintiff, | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| GoVine Insurance LLC | |
| and | |
| Jordan Zion | |
| Defendants. | |

## **NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff files this Notice of Voluntary Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated:  July 22, 2024                              Respectfully Submitted,

*/s/ Anthony Paronich*
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
*Subject to Pro Hac Vice*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28